**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAX VANCE,** | : | **CIVIL ACTION NO. 1:26-CV-1049** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **CAPTAIN HIPPS,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 11th day of June, 2026, for the reasons set forth in the

accompanying memorandum, it is hereby ORDERED that:

1.  This case is DISMISSED with prejudice for plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2.  The case will be automatically reopened if plaintiff files an updated address within thirty (30) days of the date of this order.

3.  The Clerk of Court is directed to CLOSE this case.


/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania